**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KENNETH H. DUEHRING,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                /

Case No. 20-10070

Honorable Nancy G. Edmunds

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JANUARY 22, 2020 REPORT AND RECOMMENDATION [10] RECOMMENDING SUA SPONTE DISMISSAL

This matter is before the Court on the Magistrate Judge's January 22, 2020 report and recommendation. (Docket no. 10.) The Magistrate Judge recommended that the Court dismiss Plaintiff's complaint as frivolous under 28 U.S.C. 1915(e)(2) because it is duplicative of an earlier-filed complaint by Plaintiff in another action. Further, neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). The Court agrees with the Magistrate Judge's recommendation.

Being fully advised in the premises, having read the pleadings, and for the reasons set forth above, the Court ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation (dkt. 10), and DISMISSES Plaintiff's complaint in this case.

So ordered.

                              s/Nancy G. Edmunds
                              Nancy G. Edmunds

United States District Judge

Dated: February 12, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 12, 2020, by electronic and/or ordinary mail.

                                              s/Lisa Bartlett
                                              Case Manager